IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| YESENIA RAMOS,<br><br>       Plaintiff,<br><br>    v.<br><br>RTX CORPORATION d/b/a<br>COLLINS AEROSPACE<br><br>       Defendant. | CIVIL ACTION NO.: 3:23-cv-01565<br><br><br><br>DECEMBER 1, 2023 |

**DEFENDANT'S CORPORATE DISCLOSURE STATEMENT**

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, RTX Corporation d/b/a Collins Aerospace provides this Corporate Disclosure Statement. In her Complaint, Plaintiff named as the defendant "RTX Corporation d/b/a Collins Aerospace" — an entity that does not exist. Plaintiff was employed by Hamilton Sundstrand Corporation which does business under the name Collins Aerospace. Hamilton Sundstrand is owned by RTX Corporation and United Technologies International Corporation, which is a wholly owned direct subsidiary of RTX Corporation. RTX Corporation is publicly traded and has no parent corporation, and no publicly held corporation owns 10% or more of RTX Corporation's stock.

Dated: December 1, 2023                                   Respectfully submitted,

                                                                                RTX CORPORATION d/b/a
                                                                                COLLINS AEROSPACE

                                                                                By:  */s/ Nicole C. Chomiak*
                                                                                One of Its Attorneys

                                                                                Anthony S. Califano (ct27323)
                                                                                acalifano@seyfarth.com
                                                                                Nicole C. Chomiak (ct18547)
                                                                                nchomiak@seyfarth.com
                                                                                SEYFARTH SHAW LLP
                                                                                Two Seaport Lane, Suite 1200
                                                                                Boston, MA 02210-2028
                                                                                Telephone: (617) 946-4800
                                                                                Facsimile:  (617) 780-6727

## CERTIFICATE OF SERVICE

    I hereby certify that on December 1, 2023, a true and correct copy of the foregoing Defendant's Corporate Disclosure Statement was filed with the Clerk using the CM/ECF filing system and served upon all counsel of record via United States Postal Service, proper postage prepaid, and email at the following address:

    Michael Reilly, Esq.
    Cicchiello & Cicchiello, LLP
    364 Franklin Avenue
    Hartford, CT 06114
    mreilly@cicchielloesq.com

                                                                                */s/ Nicole C. Chomiak*
                                                                                Nicole C. Chomiak
                                                                                Attorney for Defendant
                                                                                RTX Corporation d/b/a Collins Aerospace